UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 7:10-CR-117-1H

MICHAEL DELOS HAMILTON  ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on __April 19, 2011__ be turned over to Special Assistant US Attorney Mark Griffith to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 7 | Sword |

This __19th__ day of __April__, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

Attorney's Signature: _____