IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-117-1H

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DELOS HAMILTON,

    Defendant.

**ORDER**

This matter is before the court on defendant's motion to vacate or reduce the remaining balance of restitution. The government has responded and defendant has replied. Also, before the court is defendant's motion to deny further extension of time to respond.

The court has carefully reviewed this matter and finds the motion [DE #132] is denied for the reasons stated in the government's response. Further, defendant's motion to deny further extensions [DE #137] is deemed moot.

This 19th day of January 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26